AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| STRATUS REDTAIL RANCH, LLC, a Colorado limited liability company,<br><br>*Plaintiff(s)*<br>v.<br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation, and WWD LIMITED LIABILITY COMPANY, a Colorado limited liability company, a/k/a WWD, LLC<br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  INTERNATIONAL BUSINESS MACHINES CORPORATION
c/o The Corporation Company
7700 E. Arapahoe Road, Suite 220
Centennial, CO 80112-1268

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: September 12, 2019       By:  s/ Erich L. Bethke
Erich L. Bethke, #17299
Charles E. Fuller, #43923
Senn Visciano Canges P.C.
1700 Lincoln St., Suite 4300
Denver, Colorado 80203
303-298-1122
ebethke@sennlaw.com
cfuller@sennlaw.com
Attorneys for Plaintiff,
Stratus Redtail Ranch, LLC

Case No. 1:19-cv-02611-CMA-KLM   Document 1-2   filed 09/12/19   USDC Colorado   pg 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: