IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

STRATUS REDTAIL RANCH, LLC, a Colorado limited liability company,

    Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; and WWD LIMITED LIABILITY COMPANY, a Colorado limited liability company, a/k/a WWD, LLC,

    Defendants.

---

## STRATUS REDTAIL RANCH, LLC'S FED.R.CIV.P. 7.1(a) CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a) Plaintiff Stratus Redtail Ranch, LLC, through its undersigned attorneys, represents that it does not have a parent company and is not owned by a publicly held corporation.

Dated: September 12, 2019

                                                  s/ Erich L. Bethke
                                                  Erich L. Bethke
                                                  Charles E. Fuller

                                                  SENN VISCIANO CANGES P.C.
                                                  1700 Lincoln Street, Suite 4300
                                                  Denver, Colorado 80203
                                                  Telephone: (303) 298-1122
                                                  Facsimile: (303) 296-9101
                                                  EBethke@sennlaw.com
                                                  CFuller@sennlaw.com

                                                  *Attorneys for Plaintiff Stratus Redtail Ranch, LLC*