**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02611-CMA-NYW

STRATUS REDTAIL RANCH, LLC, a Colorado limited liability company,

    Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; and WWD LIMITED LIABILITY COMPANY, a Colorado limited liability company, a/k/a WWD, LLC,

    Defendants.

## [PROPOSED] STIPULATED PROTECTIVE ORDER

    Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiff Stratus Redtail Ranch, LLC, Defendant International Business Machines Corporation, and Defendant WWD Limited Liability Company (collectively, the "Parties") stipulate and move the Court for entry of a Protective Order concerning the treatment of Confidential Information and Attorneys' Eyes Only Information (collectively, "Protected Information"), as defined below, and, as grounds therefor, state as follows:

    1.    The Parties recognize that they may exchange Protected Information in the course of discovery. The Parties agree that the disclosure of such Protected Information outside the scope of this litigation could result in significant injury to one or more of the Parties' business or privacy interests. The Parties have entered into this Stipulation and request that the Court enter the Protective Order for the purpose of preventing the disclosure and use of Protected Information except as set forth herein.

2. Confidential Information means trade secrets, confidential and proprietary business information, and confidential and proprietary engineering and financial information that is marked by the disclosing party as "Confidential~~.~~" <u>after good faith review by counsel of record.</u>

3. All Confidential Information provided by a Party in response to a discovery request, through transcribed testimony, or otherwise in this litigation shall be subject to the following restrictions: (a) it shall be used only for the purpose of this litigation, including use by counsel, experts, and consultants, and not for any business or other purpose; and (b) it shall not be communicated or disclosed by any Party's counsel or a Party in any manner, directly or indirectly, to anyone except for purposes of this litigation.

4. Individuals authorized to review Confidential Information pursuant to this Protective Order shall hold such information in confidence and shall not divulge the information, either verbally or in writing, to any other person, entity, or government agency unless authorized or compelled to do so by law or court order. Any person receiving such Confidential Information, other than the undersigned, must first read this Protective Order and agree to abide by the terms of this Protective Order.

5. The Party's counsel who receives Confidential Information shall be responsible for ensuring compliance with the terms of this Protective Order by persons to whom such information is disclosed.

6. Attorneys' Eyes Only Information means Confidential Information that is required by law or agreement to be kept confidential, and that is marked by the disclosing party as "Attorneys' Eyes Only" <u>after good faith review by counsel of record.</u>

7. In additional to the restrictions on use and disclosure of Confidential Information described herein, Attorneys' Eyes Only Information may be disclosed only to: (a) outside or in-house counsel for a party and their paralegals, administrative support personnel, and technological support personnel; (b) outside consultants or experts retained by a party in connection with this litigation, provided the consultant or expert signs the Undertaking Regarding Protective Order attached as Exhibit A; (c) mediators retained by the parties in connection with this litigation; (d) personnel of independent litigation support providers, such as court reporters; and (e) the Court and its personnel.

8. The termination of this action shall not relieve counsel or other persons obligated hereunder from their responsibility to maintain the confidentiality of Protected Information pursuant to this Protective Order, and the Court shall retain jurisdiction to enforce the terms of this Protective Order.

9. By agreeing to the entry of this Protective Order, the Parties adopt no position as to the authenticity or admissibility of documents produced subject to it.

10. Upon termination of this litigation, including any appeals, each Party's counsel may request that any recipients of Protected Information return such information, including but not limited to any extracts, abstracts, charts, summaries, notes or copies made therefrom, excluding attorney work product. The Party receiving such a request must promptly comply by returning the Protected Information or certifying in writing that the Protected Information has been destroyed. Any attorney work product that is not returned or destroyed under this paragraph shall continue to be kept confidential under the terms of this Protective Order.

11. Within 60 days of termination of this litigation, each Party shall take reasonable efforts to return to the producing party or destroy all copies of Attorneys' Eyes Only Information.

12. Nothing in this Protective Order shall preclude any Party from filing a motion seeking further or different protection from the Court under Rule 26(c) of the Federal Rules of Civil Procedure, or from filing a motion with respect to the manner in which Protected Information shall be treated at trial.

Respectfully submitted this 14th day of October, 2020.

*/s/ Elizabeth A. Och*
Scott H. Reisch
Elizabeth A. Och
HOGAN LOVELLS US LLP
1601 Wewatta St., Suite 900
Denver, CO  80202
Telephone: 303-899-7300
Facsimile:   303-899-7333
Email:   scott.reisch@hoganlovells.com
             elizabeth.och@hoganlovells.com

*Attorneys for International Business Machines Corporation*


/s/ Charles E. Fuller
Erich L. Bethke
Charles E. Fuller
Senn Visciano Canges, P.C.
1700 Lincoln Street, Suite 4300
Denver, CO 80203
ebethke@sennlaw.com
cfuller@sennlaw.com

*Attorneys for Stratus Redtail Ranch, LLC*


*/s/ Jeffrey S. Rose*
Jeffrey S. Rose
John W. Gaddis
Lyons Gaddis Kahn Hall Jeffers Dworak & Grant, PC
515 Kimbark St, 2nd Floor
Longmont, CO 80502
jrose@lyonsgaddis.com
jgaddis@lyonsgaddis.com

*/s/ Daniel A. Richards*
Jonathan W. Rauchway
Adam S. Cohen
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
Tel: (303) 892-9400
Fax: (303) 898-1379
Email: jon.rauchway@dgslaw.com
adam.cohen@dgslaw.com
daniel.richards@dgslaw.com

*Attorneys for WWD Limited Liability Company*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 16, 2020

Nina Y. Wang
United States Magistrate Judge

## Exhibit A

## Undertaking Regarding Stipulated Protective Order

I hereby state that I have reviewed the Stipulated Protective Order entered in *Stratus Redtail Ranch, LLC v. International Business Machines Corporation et al.*, Civil Action No. 1:19-cv-02611-CMA-NYW (D. Colo.), and agree to abide by the same.

_____